IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA GOMEZ, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> AND ) <br> ) <br> YVONNE MICHELLE ZAMORA, ) <br> ) <br> Intervenor-Plaintiff, ) <br> ) <br> V. ) <br> ) <br> CITY OF LYFORD, et al. ) <br> ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 1:22-CV-00036 |

## ORDER GRANTING THE UNOPPOSED MOTION SETTING MINOR PROVE UP HEARING

Came to be considered this day the parties' Unopposed Motion Setting Minor Prove Up Hearing. This Court, having reviewed the motion is of the opinion that such motion should be GRANTED in all respects.

Therefore, it is ADJUDGED, ORDERED, and DECREED that the UNOPPOSED MOTION TO SETTING MINOR PROVE UP HEARING be GRANTED in all respects.

It is further ADJUDGED, ORDERED, and DECREED that the minor prove up hearing is set for December 20, 2023 at 2:00 p.m.

**Signed on:** _____

_____
**HONORABLE JUDGE PRESIDING**

This is to certify that Defendants Willacy County and Willacy County Sheriff's Department are UNOPPOSED.

/s/ John-Michael Hayward - signed with permission
**Attorney for Defendants Willacy County and Willacy County Sheriff's Department**

This is to certify that Defendants City of Lyford and Lyford Police Department are UNOPPOSED.

/s/ Alan Erwin - signed with permission
**Attorney for Defendants City of Lyford and Lyford Policy Department**

This is to certify that Intervenor Plaintiff Yvonne Michelle Zamora is UNOPPOSED.

/s/ Yuri Rosillo Youngs - signed with permission
**Attorney for Intervenor Plaintiff Yvonne Michelle Zamora**

This is to certify that Guardian Ad Litem for the minor children is UNOPPOSED.

**Guardian Ad Litem for Minor Children**

This is to certify that Plaintiff is UNOPPOSED.

_____
**Attorney for Plaintiff**